IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALERIE HODGES,<br><br>    Plaintiff,<br><br>vs.<br><br>OMAHA PUBLIC SCHOOLS,<br><br>    Defendants. | 8:12CV424<br><br>**ORDER** |

  The plaintiff's letter, (Filing No. 32), liberally construed as a motion to reconsider the court's prior order granting summary judgment in favor of the defendant, (Filing No. 30), raises no new issues of law or fact.

  Accordingly,

  IT IS ORDERED that the plaintiff's motion to reconsider, (Filing No. 32), is denied.

  November 12, 2014.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge